IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TERRANCE DEVON RAGLAND, | : | |
| Petitioner, | : | |
| VS. | : | NO. 5:22-CV-00119-TES-MSH |
| WARDEN ODUM, | : | |
| Respondent. | : | |
| _____ | : | |

**ORDER**

Petitioner Terrance Devon Ragland, an inmate currently confined at the Ware State Prison in Waycross, Georgia, has filed a *pro se* petition for federal habeas corpus relief pursuant to 28 U.S.C. § 2254 (ECF No. 1). Petitioner has also filed a motion for leave to proceed *in forma pauperis* in this action (ECF No. 3). A review of Petitioner's submissions reveal that Petitioner should be able to pre-pay the filing fee. Petitioner's prison trust fund account statement shows that he has had average monthly deposits of $198.33 over the past six months and that he receives regular substantial deposits. Prison Trust Fund Account Statement 1, ECF No. 2. The filing fee required in a § 2254 case is only $5.00. Petitioner's motion for leave to proceed *in forma pauperis* (ECF No. 3) is thus **DENIED** and he must pay the filing fee if he wishes to proceed with this case. If Petitioner's financial circumstances have changed and he no longer has funds to pay the amount required, Petitioner may file a renewed motion for leave to proceed *in forma pauperis* and explain in further detail why he cannot now pay the $5.00 filing fee.

Petitioner should include an updated prison trust fund account statement with any renewed motion for leave to proceed *in forma pauperis* that he files.

Petitioner shall have **FOURTEEN (14) DAYS** from the date shown on this Order to pay the required $5.00 filing fee or file a renewed motion for leave to proceed *in forma pauperis*. If Petitioner does not wish to now pursue habeas relief, he should notify the Court of this and/or withdraw his petition within **FOURTEEN (14) DAYS** of the date shown on this Order. Petitioner is also instructed to notify the Court in writing of any change in his mailing address. **Failure to fully and timely comply with this Order may result in the dismissal of Petitioner's application for habeas relief.** There will be no service of process in this case until further order.

**SO ORDERED**, this 11th day of April, 2022.

/s/ Stephen Hyles  
UNITED STATES MAGISTRATE JUDGE